No. 37,543

Hyluard Maichel, and Hyluard Maichel, as Administrator of the Estate of L. A. Maichel, deceased, *Appellants*, v. Fred L. Coleman and George E. Coleman, *Appellees*.

(204 P. 2d 731)

Opinion filed April 9, 1949.

*Wendell L. Garlinghouse,* of Topeka, argued the cause, and *Ralph F. Glenn,* of Topeka, was with him on the briefs for the appellants.

*Rodman L. Henry,* of Garnett, argued the cause, and was on the briefs for the appellees.

The opinion of the court was delivered by

Wedell, J.: This is an appeal from an order of the district court overruling a motion filed by the administrator of a decedent's estate, in his official capacity and as an heir, to dismiss an appeal of other heirs from the judgment of the probate court. The appeal was from the judgment of the probate court allowing expenses of administration including attorney's fees.

An order *sustaining* a motion to dismiss an action is a final and appealable order. An order *overruling* a motion to dismiss an action is not a final order and prior to final judgment is not appealable. (*Pulliam v. Pulliam,* 163 Kan. 497, 499, 188 P. 2d 220; *Runnels v. Montgomery Ward & Co.,* 165 Kan. 571, 573, 195 P. 2d 571; *Singleton v. State Highway Comm.,* 166 Kan. 406, 201 P. 2d 650; *Kansas State Highway Comm. v. Moore,* 166 Kan. 408, 201 P. 2d 652.) Likewise an order of the district court overruling a motion to dismiss an appeal from the probate court is nonappealable. (*In re Estate of Grindrod,* 158 Kan. 345, 148 P. 2d 278.)

It follows this court has acquired no jurisdiction by virtue of the attempted appeal and the appeal must be dismissed. It is so ordered.